# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| L.G. BROWN *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-1418 (BAH) |
| | ) | |
| CORNERSTONE SCHOOLS | ) | |
| OF WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **MEMORANDUM**

This matter is before the Court on the Defendant's motion to dismiss or for summary judgment. By Order of February 17, 2011, the Plaintiff, suing on behalf of her two minor children, was ordered to respond to the Defendant's dispositive motion by March 28, 2011. She was advised that her failure to oppose the motion within the time allowed could result in dismissal of the case on what the Court would treat as a conceded motion. The Plaintiff has neither responded to the pending dispositive nor sought additional time to do so. Therefore, the Court will treat the Defendant's motion to dismiss as conceded and will dismiss the case. *See FDIC v. Bender*, 127 F.3d 58, 68 (D.C. Cir. 1997) (discretion lies with the district court to grant unopposed motion to dismiss as conceded pursuant to Local Civil Rule 7(b)). A separate Order accompanies this Memorandum.

/s/ *Beryl A. Howell*
United States District Judge

DATE: April 29, 2011